FILED
AUG 06 2015
SEVENTH COURT OF APPEALS
VIVIAN LONG, CLERK

Court of Appeals
* Amarillo, Texas *

In Re:
EDWARD JAYCOX
Relator,

* VS *

Daniel Schaap,
47th - Potter,
Respondent,

Cause No:
07-15-00305-CV

TRIAL COURT:
Cause # 104,044
, A

## * Petition For Writ of MANDAMUS *

1) Jurisdiction: Section 22.221 (b) - Gov CODE.
2) Trial court Suit - "PRO-SE" - 104,044-
A... That suit - AND - this writ: Vested
Property Right: RoBiNSON, 335 SW3d 126 (TX)
at 154, " 12.014 Property Code - Suit "PROPERTY"
111.004 (12) Property code (same) - Logan 102
Sct 1148 (cites at 153 - " cause of Action is
property).

## * FACTS *

(1)

3) The underlying suit was transferred from Conroe, -due to "mandatory" venue: 15,019 Civ. P. Rem Code .. Atty General DANiel Travis filed the motion to Transfer -SANS Authority, -to violate 402,021 Gov Code (mandatory statute due to "Shall": 311.016(2) Gov Code) *

4) Germane hereto, as a matter of law, - respondent has to Be Biased for these reasons):

A) He Allows Travis to violate: State Bar Disciplinary: Rule 5.05(b) - "lawyer Shall not Assist A non-member to unauthorized practice law .. " (Pro-se is Just that): Rule 3.01 ("Shall not Abuse legal procedures" (Rule 8,101 - Joe 60 SW 3d 896-906 "atty in public position, - not obtain Advantage for himself or client .. "

B) "Bad-faith use of Judicial process" In Re Bennett, -960 SW 2d 35 (TX) ..

*(2)*

5) Respondent, - also an atty, violates the same Dis. Rules As well as these:

A) Canon 3(D)(2) Disc. Responsibility: "_shall_ refer the lawyer to State Bar disciplinary counsel." (Canon 8: "_SHALL_ is _Binding_ _obligation_")

B) In Re Am, 101 SW3d 480 -("_Not_ represent _Persons_ - only _state_.." Phillips 109SW3d 562 - 67. Tx Jur, 3d, Statutes- Sect 116 - "persons in _statutes_ , - _Excludes_ _All_ _others_."

C) _Fundamental_ _ERROR_: "state statute, state constitution Adversely Affected-As declared by either." _In Re FFC_, 96SW3d 256.

6) The Suit is to _VOID_ - TDCJ mail rules: B.P.03.91 - A.D.14.09 - Because they're a "_Prior-RestRAiNt_" defined AS: Const-Law 90-(3)- AN Administrative order that _forbids_ certain communication

(3)

IN Advance of the time that such communication is to occur." Sharp, 889 SW2d 646-53 N.8: 'cites' ALEXANDER, 113SCt 2766- thus; art 1-Sec 8-Tx const VIOLATed- AS well AS

A) Dietz, 940 SW2d 86-90 (T+)-art 1, Sec 29 T+ Bill Rights: "We declare everything in this Bill Rights... shall forever remain INVIOLATE, - all laws contrary thereto Shall Be VOID..." Marshall, 76 SW2d 1007 (T+) - "Bill rights limits power of legislature, EXECUTIVE, Judiciary..."

7): Pro-se legal work: Barred By Public- Policy: crimes- AND Unlawful Acts Rule: (Denial Access counts:) In re Bonilla 424 SW3d 528-33- Hull, 61SCt 640 Wolff, 94 SCt at 2988- "Obstruct By state" Johnson 89SCt 747..
A) 38,12 Barratry-36.04 Improper Influence
B) Unlawful Acts Rule- LittlePage, 984 SW2d 318-28 ..

(4)

C) VOID-Act) Crain, 22 SW3d 58-61 - "
"ANY Act NOT By atty - when constitutes
unauth Practice law - VOID.."

D) 81.101 GOV CODE - ".... ANY services render-
ed out of court, requiring use of legal
skills - or Knowledge.." NOLO, 991 SW2d 768 (TX)

D) Joe, 145 SW3d 150 (TX) - ESTOPPELL..

E) "VOID" if violates state laws, or State Bar
Rules." COBB, 305 SW3d 36-43.. 9R AV. 1485.
W. 3d 109 (TX) - 115.. VOID - Violates PuBLic Pol-
ICY."

F) "official misconduct" 3.04 C. C.P. (art2.10
"Duty of MAgistrate" "duty to prevent, supp-
ress crime.." LERMON, 2014 TX APP LEXIS 12498 -
128 SCE at 2591..

8) Courts - "Not issue (VOID) orders that
Violate TX Bill Rights." OP. Kiscell, 975 S.
W.2d 546-65 (TX) - Walker 834 SW2d 56 (TX)
(art 1,8 TXb. Rights) Tucci, 859 SW2d 1-6 (TX)

9) MANdamus issues for Fundamental
ERRORS: Valdez, 147 SW3d , JEC, 96 SW3d
256 (TX)

(5)

Wherefore Relater moves

1) That court Issue writ ordering Respondent – or atty general TRAVIS to respond As Both in Grave error – causing Access to court ABRIDGED,

2) Order respondent to obey canon 3(D)(2) "shall report lawyer To St Bar .. "

3) court Adhere To canon 3(D)(1) – "shall refer, Judge To St Comm Jud conduct .. "

4) Appoint counsel as Both "private – public interest at stake" By Pro-Se Relater (See pgs: 4-5) – interest of Justice requires it ..

5) Order pleadings in Suit. 1) VOID violate public policy – are (2) crimes .. TRAVIS violated Bar Rules, ti "Abuse legal procedures, " Rule 3.01, – 8.101, –

Respectfully,

/s/ Edward S. Jaycox
EDWARD JAYCOX

I declare all is true 28 USC 1746

I-Groury To DANIEL TRAVIS

Shit koury To

(6) PO BOX 12548 – #1848701
AUSTIN, TX 78711

Edward Sha Paycox #1848701
Bill Clements Unit
9601 Spur 591
Amarillo, TX 79107-9606
79107

AMARILLO TX 791

04 AUG 2015 PM 1 L

Carolino Woodbarn
"District Clerk"
⊗ 7th Court of Appeals
501 S. Fillmore
Amarillo, TX
79101

"Legal Mail"